**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| | : | |
| v. | : | Criminal No. 11-852 (FSH) |
| | : | |
| MARCUS CASONE | : | |
| | : | **ORDER FOR CONTINUANCE** |
| | : | |

      This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Michael H. Robertson, Assistant U.S. Attorney, appearing) and defendant Marcus Casone (Kevin F. Carlucci, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1.    Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any subsequent trial of this matter unnecessary;

      2.    Defendant has consented to the aforementioned

continuance;

      3. As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

      IT IS, therefore, on this **13th** day of March, 2012

      ORDERED that this action be, and hereby is, continued until May 24, 2012; and it is further

      ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court; and it is further

      ORDERED that the period from the date of this order through May 24, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                          Honorable Faith S. Hochberg
                                          United States District Judge

Michael H. Robertson
Assistant U.S. Attorney

Kevin F. Carlucci, Esq.
Attorney for Marcus Casone